IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL IZELL SEALS, | ) | NO. C-04-3764 SBA |
| | ) | |
| Plaintiffs, | ) | **WRIT OF HABEAS CORPUS AD** |
| vs. | ) | **TESTIFICANDUM** |
| | ) | |
| OFFICER RODNEY K. MITCHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing therefor:

IT IS HEREBY ORDERED that the California Department of Corrections shall transfer Michael Izell Seals (date of birth: April 23, 1960; CDC #V77488), a state prison inmate currently housed at San Quentin State Prison, San Quentin, California, who is a party to the above-entitled case, to Solano State Prison, located at 2100 Peabody Road, Vacaville, California 95696, for purposes of appearance at a court-mandated settlement conference on September 22, 2009 at 1:00 p.m.

IT IS FURTHER ORDERED that the California Department of Corrections shall return the inmate to San Quentin State Prison when his presence is no longer required.

Date: 8/31/09

IT IS SO ORDERED
Judge Nandor J. Vadas
_____
  DAS
  Magistrate Judge

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**CASE NO. C04-3764 SBA**
-1-

N:\Pro Se Pris SC 2009\Seals Writ.wpd