IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IZELL SEALS, | ) NO. C-04-3764 SBA |
| Plaintiffs, | ) **WRIT OF HABEAS CORPUS AD** |
| vs. | ) **TESTIFICANDUM** |
| OFFICER RODNEY K. MITCHELL, et al., | ) |
| Defendants. | ) |

Good cause appearing therefor:

IT IS HEREBY ORDERED that the California Department of Corrections shall transfer Michael Izell Seals (date of birth: April 23, 1960; CDC #V77488), a state prison inmate currently housed at San Quentin State Prison, San Quentin, California, who is a party to the above-entitled case, to the United States District Court for the Northern District of California, U.S. Courthouse, Courtroom D, 450 Golden Gate Avenue, San Francisco, California 94102, for purposes of appearance at a court-mandated settlement conference on November 13, 2009 at 1:00 p.m.

IT IS FURTHER ORDERED that the California Department of Corrections shall return the inmate to San Quentin State Prison when his presence is no longer required.

Date: 10/21/09

IT IS SO ORDERED

_____
NANDOR J. VADAS
Judge Nandor J. Vadas

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**CASE NO. C-04-3764 SBA**
-1-

N:\Pro Se Pris SC 2009\Seals Writ 11 13.wpd