IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL IZELL SEALS,

    Plaintiff,

v

RODNEY K. MITCHELL, et al.,

    Defendants.

Case No C 04-3764 SBA

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on November 13, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

- ☒ Plaintiff
- ☐ Warden or warden's representative
- ☐ Office of the California Attorney General
- ☒ Other: Defendant's counsel, Mark A. Jones

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 1/5/10

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEALS                                        No. C 04-3764

v.                                             CERTIFICATE OF SERVICE

MITCHELL

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

                                                 RICHARD W. WIEKING, CLERK

                                                 By:/s/_____

                                                            Deputy Clerk