IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

          Plaintiff,

   v.

RODNEY K. MITCHELL, et al.,

          Defendants.

                             /

No. CV 04-3764 NJV

**ORDER DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** (Docket No. 95)

Plaintiff Michael Izell Seals, a state prisoner appearing *pro se*, filed a motion to amend the complaint on August 6, 2009. (Doc. No. 95) Defendants have not filed a response, which is long overdue, to Plaintiff's motion. The Court orders Defendants to respond within ten (10) days of the filing of this order. The Court will interpret the failure to respond as Defendants' non-opposition to Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: March 11, 2010

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

        Plaintiff,

  v.

RODNEY K. MITCHELL, et al.,

        Defendants.

No. CV 04-3764 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. On March 11, 2010, I SERVED a true and correct copy of the Court's March 11, 2010 Order Defendants' Response to Plaintiff's Motion to Amend the Complaint, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Michael Izell Seals
V77488
California State Prison - San Quentin
San Quentin, CA 94974

RICHARD W. WIEKING, CLERK

Gloria Masterson

By:  Gloria Masterson
Deputy Clerk

Attachments