IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

    Plaintiff,

v.

RODNEY K. MITCHELL, et al.,

    Defendants.    /

No. CV 04-3764 NJV

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

    The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff's remaining claims against Defendants shall be referred to the Court's Federal Pro Bono Project in the manner set forth below:

    1. The Clerk of the Court shall send copies of: (1) this Order; (2) the complaint (Doc. No. 1); (3) the Order of Partial Dismissal and Service dated June 20, 2007 (Doc. No. 55); (4) the answer (Doc. No. 58); (5) Defendants' Motion for Summary Judgment, Plaintiff's opposition and Plaintiff's Declaration, and supporting declarations (Doc. Nos. 59-64, 66-68); (6) Plaintiff's Motion for Leave to File Amended Complaint (Doc. Nos. 70); (7) the Order Granting Defendants' Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Addressing Pending Motions dated September 28, 2007 (Doc. No. 71); (8) the Notice of Appeal (Doc. No. 73); (9) the Order Denying Motion for Leave to Proceed *In Forma Pauperis* on Appeal, Denying Motion to Waive Filing Fee, and Terminating All Pending Motions dated January 11, 2008 (Doc. No. 82); (10) the Ninth Circuit Reversal and Remand dated May 26, 2009 (Doc. No. 90); (11) the Report of Pro Se Prisoner Early Settlement Proceeding (Doc. No. 104); (12) the Order Reassigning Case (Doc. No. 103); (13) Plaintiff's Motion to Amend Complaint, Order dated March 11, 2010, and Defendants' Opposition (Doc. Nos. 95, 109 & 112); (14) Defendants' Case Management Statement

and Proposed Case Management and Pretrial Order (Doc. Nos. 106 & 111); (15) Order Deferring Plaintiff's Motion to Amend the Complaint to Allow Plaintiff to File His Proposed Amended Complaint dated March 22, 2010 (Doc. No. 95); (16) Plaintiff's Motion to Relate Case (Doc. No. 113); (17) a docket sheet; and (18) a memorandum outlining the facts and procedural posture of the action to the Federal Pro Bono Project volunteer at the address provided to the Clerk by the Court.

2. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

**IT IS SO ORDERED.**

Dated: March 31, 2010

NANDOR J. VADAS
United States Magistrate Judge