IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

    Plaintiff,

v.

RODNEY K. MITCHELL, et al.,

    Defendants.

No. CV 04-3764 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. On March 31, 2010, I SERVED a true and correct copy of the Court's March 31, 2010 Order Referring Case to Federal Pro Bono Project, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Michael Izell Seals
V-77488
Pelican Bay State Prison
A-1-117
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

*Gloria Masterson*

By: Gloria Masterson
Deputy Clerk

Attachments