IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>        Plaintiff,<br><br>  v.<br><br>RODNEY K. MITCHELL, et al.,<br><br>        Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |

      The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

      IT IS HEREBY ORDERED THAT Al Pfeiffer, Esq. (SBN 120965), Ashley Bauer, Esq. (SBN 231626), and Meghna Subramanian, Esq. (SBN 251513) of Latham & Watkins LLP, are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

      The Clerk of the Court shall send a copy of this Order to Plaintiff's counsel at Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco CA 94111-6538. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

      IT IS FURTHER ORDERED THAT a case management conference is set for Tuesday, May 25, 2010 at 2:00 PM in Courtroom 205A, 514 H Street, Eureka, California. The parties may appear telephonically for the case management conference by following the procedure outlined in this Court's Standing Orders. The parties shall meet and confer prior to the conference and shall prepare

a joint Case Management Statement which shall be filed no later than one (1) week prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.

**IT IS SO ORDERED.**

Dated: April 20, 2010

NANDOR J. VADAS
United States Magistrate Judge