```
 1  LATHAM & WATKINS LLP
    Al Pfeiffer SBN 120965
 2  Ashley Bauer SBN 231626
    Meghna Subramanian SBN 251513
 3  505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-6538
 4  415-395-8898
    415-395-8075 (fax)
 5  Attorneys for Plaintiff Michael Izell Seals

 6  JONES & DYER
    A Professional Corporation
 7  Mark A. Jones, State Bar #96494
    Kristen K. Preston, State Bar #125455
 8  1800 J Street
    Sacramento, California 95814
 9  Telephone:  (916) 552-5959
    Fax: (916) 442-5959
10
    Attorneys for: Defendants John Rynhart and Lyle Thomas
11
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>                              Plaintiffs,<br><br>vs.<br><br>OFFICER RODNEY K. MITCHELL, et al.,<br><br>                              Defendants. | NO.  C-04-3764 NJV<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The initial Case Management Conference in this matter is scheduled for May 25, 2010.  The court by order filed March 31, 2010 referred this case to the Federal Pro Bono Project for appointment of counsel for plaintiff, a pro se prisoner.  The court thereafter appointed plaintiff's present counsel as counsel of record for plaintiff.  The court also deferred ruling on plaintiff's motion to amend the complaint.  Subsequent to plaintiff's counsel being appointed, counsel for the parties have conferred with respect to the amended complaint, and plaintiff's counsel are in the

**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

1  process of preparing the amended complaint.  The parties have also met and conferred with respect
2  to the potential for a stipulation allowing the filing of the amended complaint without the need for a
3  motion.  Once defendants have the opportunity to review the amended complaint, a decision can be
4  made with respect to such a stipulation.

5       The parties hereby stipulate that the amended complaint, or a motion for leave to file an
6  amended complaint if necessary, will be filed with the court on or before June 18, 2010.  Once the
7  parameters of the amended complaint are determined, the parties will be in a significantly better
8  position to determine a timeline and related cutoff dates for purposes of the Case Management
9  Conference.  Accordingly, the parties stipulate and request that the initial Case Management
10 Conference be continued to June 29, 2010 at 2:00 p.m.

11 Dated: May 17, 2010                          LATHAM & WATKINS LLP

12
                                              By:  ___/s/ Meghna Subramanian_____
13                                                 MEGHNA SUBRAMANIAN
                                                   Attorneys for Plaintiff
14

15
16 Dated: May 17, 2010                          JONES & DYER

17                                            By:  ___/s Mark A. Jones_____
                                                   MARK A. JONES
18                                                 Attorneys for Defendants John Rynhart and Lyle
                                                   Thomas
19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

## ORDER

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the initial Case Management Conference is continued from May 25, 2010 to June 29, 2010, at 2:00 p.m. in Courtroom 205A, 514 H Street, Eureka, California. The parties may appear telephonically at the Case Management Conference by following the procedure outlined in this Court's Standing Orders. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference statement which shall be filed no later than one (1) week prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.

Dated: 5/18/18

_____
HON. NANDOR J. VADAS
United States Magistrate Judge