1  LATHAM & WATKINS LLP
    Al Pfeiffer (Bar No. 120965)
2      al.pfeiffer@lw.com
    Ashley Bauer (Bar No. 231626)
3      ashley.bauer@lw.com
    Meghna Subramanian (Bar No. 251513)
4      meghna.subramanian@lw.com
   505 Montgomery Street, Suite 2000
5  San Francisco, California  94111-6538
Telephone:  (415) 391-0600
6  Facsimile:  (415) 395-8095

7  Attorneys for Plaintiff
Michael Izell Seals
8

9  JONES & DYER
A Professional Corporation
10      Mark A. Jones (Bar No. 96494)
    mjones@jonesdyer.com
11      Kristen K. Preston (Bar No. 125455)
    kpreston@jonesdyer.com
12  1800 J Street
Sacramento, California 95814
13  Telephone:  (916) 552-5959
Facsimile: (916) 442-5959
14

15  Attorneys for Defendants
John Rynhart
16  Lyle Thomas

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19

20  Michael Izell Seals,           CASE NO. C-04-3764 NJV

21         Plaintiff,       **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**

22      v.

23  Officer Rodney K. Mitchell, et al.

24         Defendants.

25

26       IT IS HEREBY STIPULATED by and between the parties hereto through their

27  respective attorneys of record that Plaintiff Michael Izell Seals may file a Second Amended

28  Complaint, a copy of which is attached hereto.

*Seals v. Mitchell, et al.*
C-04-3764 NJV
Stipulation and Order for filing of Amended Complaint

1

2    Dated:  June 18, 2010                          LATHAM & WATKINS LLP
                                                    Al Pfeiffer
3                                                   Ashley Bauer
                                                    Meghna Subramanian
4

5
                                                    By _____/s Meghna Subramanian_____
6                                                       Meghna Subramanian
                                                        Attorney for Plaintiff
7                                                       Michael Izell Seals

8
     Dated:  June18, 2010                           JONES & DYER
9                                                   Mark A. Jones
                                                    Kristen K. Preston
10

11
                                                    By _____/s Mark A. Jones_____
12                                                      Mark A. Jones
                                                        Attorney for Defendants
13                                                      John Rynhart
                                                        Lyle Thomas
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Seals v. Mitchell, et al.*
C-04-3764 NJV
Stipulation and Order for filing of Amended Complaint

1

2
## <u>ORDER</u>

3

4      The Court having considered the foregoing stipulation of the parties, and good cause

5 appearing, the Court herby orders that Plaintiff Michael Izell Seals may file the Second

6 Amended Complaint attached to the foregoing stipulation.

7

8
Dated:  June 21, 2010

9                                                        _____
                                                         HON. NANDOR J. VADAS
10                                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Seals v. Mitchell, et al.*
C-04-3764 NJV
Stipulation and Order for filing of Amended Complaint