UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| Michael Izell Seals, | CASE NO. C-04-3764 NJV |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION FOR FILING OF AMENDED ANSWER** |
| v. | |
| Officer Rodney K. Mitchell, et al. | |
| Defendants. | |

Defendants John Rynhart and Lyle Thomas filed their Answer to Plaintiffs' Second Amended Complaint on June 29, 2010.  Defendants are willing to withdraw the first, second, third, and ninth affirmative defenses, and the parties are in the process of meeting and conferring with respect to the sufficiency of two other affirmative defenses.  In order to give the parties sufficient time to meet and confer with respect to the two other affirmative defenses, and in order to give Defendants sufficient time to amend the Answer, the parties hereby stipulate that Defendants will file an Amended Answer on or before August 2, 2010.  The parties also stipulate that Plaintiff will have until twenty-one (21) days after service of the Amended Answer to file any motion to strike.

| | | |
|---|---|---|
| 1 | Dated:  July 22, 2010 | LATHAM & WATKINS LLP |
| 2 | | Al Pfeiffer |
| | | Ashley Bauer |
| 3 | | Meghna Subramanian |
| 4 | | |
| 5 | | By  /s Meghna Subramanian |
| | | Meghna Subramanian |
| 6 | | Attorney for Plaintiff |
| | | Michael Izell Seals |
| 7 | | |
| 8 | Dated:  July 22, 2010 | JONES & DYER |
| | | Mark A. Jones |
| 9 | | Kristen K. Preston |
| 10 | | |
| 11 | | By  /s Mark A. Jones |
| | | Mark A. Jones |
| 12 | | Attorney for Defendants |
| | | John Rynhart |
| 13 | | Lyle Thomas |

2

## **ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court herby orders that Defendants John Rynhart and Lyle Thomas will file an Amended Answer on or before August 2, 2010.

IT IS SO ORDERED.

Dated:  July 23, 2010

HON. NANDOR J. VADAS
United States Magistrate Judge