1  LATHAM & WATKINS LLP
   Al Pfeiffer (Bar No. 120965)
2       al.pfeiffer@lw.com
   Ashley Bauer (Bar No. 231626)
3       ashley.bauer@lw.com
   Meghna Subramanian (Bar No. 251513)
4       meghna.subramanian@lw.com
505 Montgomery Street, Suite 2000
5  San Francisco, California 94111-6538
Telephone: (415) 391-0600
6  Facsimile: (415) 395-8095

7  Attorneys for Plaintiff
Michael Izell Seals
8
JONES & DYER
9  A Professional Corporation
   Mark A. Jones (Bar No. 96494)
10      mjones@jonesdyer.com
   Kristen K. Preston (Bar No. 125455)
11      kpreston@jonesdyer.com
12 1800 J Street
Sacramento, California 95814
13 Telephone: (916) 552-5959
Facsimile: (916) 442-5959
14
15 Attorneys for Defendants
John Rynhart
Lyle Thomas
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Michael Izell Seals, | CASE NO. C-04-3764 NJV |
|---|---|
| Plaintiff, | ORDER ON **STIPULATION FOR EXTENSION OF TIME FOR AMENDING ANSWER AND FILING MOTION TO STRIKE** |
| v. | |
| Officer Rodney K. Mitchell, et al. | |
| Defendants. | |

      Defendants John Rynhart and Lyle Thomas filed their Amended Answer to Plaintiffs' Second Amended Complaint on July 30, 2010. Defendants are willing to withdraw the second affirmative defense (official policy or custom), and the parties are in the process of meeting and

conferring with respect to the sufficiency of the first affirmative defense (qualified immunity). In order to give the parties sufficient time to meet and confer with respect to the remaining affirmative defense, and in order to give Defendants sufficient time to amend the Answer, the parties hereby stipulate that Defendants will file a Second Amended Answer on or before September 6, 2010.  The parties also stipulate that Plaintiff will have until twenty-one (21) days after service of the Amended Answer to file any motion to strike.

Dated:  August 20, 2010

LATHAM & WATKINS LLP
Al Pfeiffer
Ashley Bauer
Meghna Subramanian

By       /s Meghna Subramanian
     Meghna Subramanian
     Attorney for Plaintiff
     Michael Izell Seals

Dated:  August 20, 2010

JONES & DYER
Mark A. Jones
Kristen K. Preston

By       /s Kristen K. Preston
     Kristen K. Preston
     Attorney for Defendants
     John Rynhart
     Lyle Thomas

## **ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court herby orders that Defendants John Rynhart and Lyle Thomas will file an Amended Answer on or before ~~September 6, 2010.~~ ^ September 7, 2010.  Plaintiff will have until 21 days after service of the Amended Answer by which to file any motion to strike.

IT IS SO ORDERED.

Dated: 8/20/2010                    /s/ Magistrate Judge Nandor J. Vadas
                                    HON. NANDOR J. VADAS
                                    United States Magistrate Judge