1 | **JONES & DYER**
**A Professional Corporation**
2 | **1800 J Street**
**Sacramento, California 95814**
3 | **Telephone:  (916) 552-5959**
**Fax: (916) 442-5959**
4 |
**MARK A. JONES, State Bar #96494**
5 | **KRISTEN K. PRESTON, State Bar #125455**

6 | Attorneys for: Defendants John Rynhart and Lyle Thomas

7 | **LATHAM & WATKINS LLP**
**Al Pfeiffer SBN 120965**
8 | **Ashley Bauer SBN 231626**
**Meghna Subramanian SBN 251513**
9 | **505 Montgomery Street, Suite 2000**
**San Francisco, CA 94111-6538**
10 | **415-395-8898**
**415-395-8075 (fax)**
11 |
Attorneys for Plaintiff Michael Izell Seals
12 |

13 |

14 | IN THE UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 |

MICHAEL IZELL SEALS,                      )   NO.  C-04-3764 NJV
17 |                                        )
                          Plaintiffs,      )   **STIPULATION AND ORDER**
18 |                                        )   **REGARDING IN CAMERA REVIEW**
vs.                                        )   **OF PERSONNEL AND OTHER**
19 |                                        )   **OFFICIAL RECORDS**
OFFICER RODNEY K. MITCHELL, et al.,        )
20 |                                        )
                                           )
21 |                          Defendants.   )
                                           )
22 | _____ )

23 |

24 |         IT IS HEREBY STIPULATED by and between the parties to this action, by and their

25 | respective counsel, as follows:

26 |         1.      Plaintiff has filed this 42 U.S.C. section 1983 action against Defendants John Rynhart

27 | and Lyle Thomas alleging a single cause of action for excessive force.

28 |         2.      Plaintiff has requested, by Request for Production of Documents to Defendants John

**STIPULATION AND ORDER RE IN CAMERA REVIEW OF PERSONNEL RECORDS**
**CASE NO. C-04-3764 NJV**

1 | Rynhart and Lyle Thomas and Deposition Subpoena to Lake County Sheriff's Department, the

2 | production of various official records of the County of Lake, including:

3 |       a.    the complete employment, training, performance and personnel records of

4 |            Deputy John Rynhart and of Deputy Lyle Thomas and diaries and other

5 |            writings maintained in the course of their employment as peace officers; and

6 |       b.    internal and external investigations, inquiry or commentary regarding the

7 |            February 5, 2003 arrest of Plaintiff and all events relating to this arrest.

8 |    3.    In response to Plaintiff's Request for Production of Documents and Deposition

9 | Subpoena, to the extent these documents exist and are located, Lake County Sheriff's Department

10 | and Defendants will produce to the court for *in camera* review the requested records.

11 |    4.    Following *in camera* review, the court will determine the content of these records

12 | relevant to claims in this action and/or that pertain to how the defendant officers may have conducted

13 | themselves in performance of their duties in regard to this incident.

14 |    5.    Upon the court's identification of relevant official records, these records shall be

15 | produced to Plaintiff pursuant to the stipulated protective order regarding production of documents

16 | alleged to be confidential and/or privileged.

17 | Dated: October 8, 2010

18 |            LATHAM & WATKINS LLP

19 |

20 |          By:   /s/ Meghna Subramanian
           MEGHNA SUBRAMANIAN
           Attorneys for Plaintiff

21 |

22 |

23 | Dated: October 8, 2010         JONES & DYER

24 |

25 |          By:   /s Mark A. Jones
           MARK A. JONES

26 |            Attorneys for Defendants John Rynhart and Lyle
           Thomas

27 |

28 |

**STIPULATION AND ORDER RE IN CAMERA REVIEW OF PERSONNEL RECORDS**
**CASE NO. C-04-3764 NJV**

1

2

## <u>ORDER</u>

3      Pursuant to stipulation, it is so ordered.     Defendants and Lake County Sheriff's Department

4  are to submit the documents referenced herein to the Court for review on or before October 12, 2010.

5

6

Dated: ___October 12, 2010_____

7

8                                                                                      

HON[...]
9  United [...]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RE IN CAMERA REVIEW OF PERSONNEL RECORDS**
**CASE NO. C-04-3764 NJV**