LATHAM & WATKINS LLP
   Al Pfeiffer (Bar No. 120965)
      al.pfeiffer@lw.com
   Ashley Bauer (Bar No. 231626)
      ashley.bauer@lw.com
   Meghna Subramanian (Bar No. 251513)
      meghna.subramanian@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff
Michael Izell Seals

JONES & DYER
A Professional Corporation
   Mark A. Jones (Bar No. 96494)
      mjones@jonesdyer.com
   Kristen K. Preston (Bar No. 125455)
      kpreston@jonesdyer.com
1800 J Street
Sacramento, California 95814
Telephone: (916) 552-5959
Facsimile: (916) 442-5959

Attorneys for Defendants
John Rynhart
Lyle Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Izell Seals,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Officer Rodney K. Mitchell, et al.<br><br>　　　　　Defendants. | CASE NO. C-04-3764 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING AN EXTENSION OF TIME FOR NON-EXPERT AND EXPERT DISCOVERY** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Seals v. Mitchell, et al.*　　C-04-3764 NJV
Joint Stipulation and [Proposed] Order Requesting an
Extension of Time for Non-Expert and Expert Discovery

Defendants John Rynhart and Lyle Thomas and Plaintiff Michael Izell Seals submit this Joint Stipulation and [Proposed] Order Requesting an Extension of Time for Non-Expert and Expert Discovery. Under the Court's Case Management and Pre-Trial Order of July 21, 2010, Document #128, all non-expert discovery is to be completed by October 29, 2010, experts shall be disclosed by December 3, 2010, and rebuttal experts shall be disclosed by January 14, 2011. Pursuant to Local Rule 6-3, the parties jointly request that the Court enter an order changing certain dates for non-expert and expert discovery fixed by the Court's Case Management and Pre-Trial Order of July 21, 2010.

Because certain non-expert discovery cannot be completed in this timeframe, the parties met and conferred on October 26, 28 and 29, 2010 to discuss the discovery schedule. The parties agree that the most effective and efficient course would be to extend the non-expert and expert discovery deadlines in this case as follows:

-All non-expert discovery shall be completed by Wednesday, December 8, 2010.

-Experts shall be disclosed by Monday, December 20, 2010.

-Rebuttal experts shall be disclosed by Wednesday, January 19, 2011.

The parties further agree and stipulate that the extension of the non-expert discovery deadline to December 8, 2010 will be for the limited purpose of completing discovery, including depositions, related to the following five witnesses identified in Defendants' Third Supplemental Disclosures: Officer Raymond Brady, Officer McDonald, Charlie Diener, Dave Perkins, and Joe Hughes.

At this time, the parties do not expect that the requested extensions of time will impact other aspects of the Court's pre-trial scheduling order or the schedule going forward for trial. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 6-3, there is good cause to grant this motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Seals v. Mitchell, et al.*   C-04-3764 NJV
2   Joint Stipulation and [Proposed] Order Requesting an Extension of Time for Non-Expert and Expert Discovery

| | | |
|---|---|---|
| 1 | Dated: October 29, 2010 | LATHAM & WATKINS LLP |
| 2 | | Al Pfeiffer |
| | | Ashley Bauer |
| 3 | | Meghna Subramanian |

By  /s Meghna Subramanian
    Meghna Subramanian
    Attorney for Plaintiff
    Michael Izell Seals

Dated: October 29, 2010

JONES & DYER
Mark A. Jones
Kristen K. Preston

By  _____
    Mark A. Jones
    Attorney for Defendants
    John Rynhart
    Lyle Thomas

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

                                          Seals v. Mitchell, et al.   C-04-3764 NJV
                                       3  Joint Stipulation and [Proposed] Order Requesting an
                                          Extension of Time for Non-Expert and Expert Discovery

## **ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court herby orders that the deadline for all non-expert discovery is extended to December 8, 2010 for the limited purpose of completing discovery and depositions as to the five new witnesses disclosed in Defendants' Third Supplemental Disclosure, experts shall be disclosed by Monday, December 20, 2010, rebuttal experts shall be disclosed by Wednesday, January 19, 2011.

.

IT IS SO ORDERED.

Dated: 11/1/2010              /s/ Nandor J. Vadas
                              HON. NANDOR J. VADAS
                              United States Magistrate Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

*Seals v. Mitchell, et al.*     C-04-3764 NJV
Joint Stipulation and [Proposed] Order Requesting an Extension of Time for Non-Expert and Expert Discovery