IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>v.<br><br>RODNEY K. MITCHELL, et al.,<br><br>    Defendants.    / | No. CV 04-3764 NJV<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO RELATE CASE AND FOR ADMINISTRATIVE RELIEF**<br>(Docket No. 113) |

    Plaintiff Michael Izell Seals filed a motion *pro se* to relate case and for administrative relief on March 15, 2010. Doc. No. 113. Defendants have not filed a response. Since Plaintiff filed his motion, the Court has appointed pro bono counsel for Plaintiff, the parties have filed amended pleadings, conducted discovery, and engaged in motion practice. *See* Doc. Nos. 117, 124, 126, 131 and 134. Given that Plaintiff is now represented by counsel and some of the issues raised in his *pro se* motion are moot and/or difficult to ascertain, the Court denies Plaintiff's motion without prejudice.

**IT IS SO ORDERED.**

Dated: December 9, 2010

NANDOR J. VADAS
United States Magistrate Judge