LATHAM & WATKINS LLP
   Alfred Pfeiffer (Bar No. 120965)
      al.pfeiffer@lw.com
   Ashley Bauer (Bar No. 231626)
      ashley.bauer@lw.com
   Meghna Subramanian (Bar No. 251513)
      meghna.subramanian@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Plaintiff
Michael Izell Seals

JONES & DYER
A Professional Corporation
   Mark A. Jones (Bar No. 96494)
      mjones@jonesdyer.com
   Kristen K. Preston (Bar No. 125455)
      kpreston@jonesdyer.com
1800 J Street
Sacramento, California 95814
Telephone:  (916) 552-5959
Facsimile: (916) 442-5959

Attorneys for Defendants
John Rynhart
Lyle Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Michael Izell Seals, | CASE NO. C-04-3764 NJV |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING AN EXTENSION OF TIME FOR REBUTTAL EXPERT DISCLOSURE** |
| v. | |
| Officer Rodney K. Mitchell, et al. | |
| Defendants. | |

Plaintiff Michael Izell Seals and Defendants John Rynhart and Lyle Thomas submit this Joint Stipulation and [Proposed] Order Requesting an Extension of Time for Rebuttal Expert Disclosure.  On Tuesday, January 11, 2011, Pelican Bay State Prison was placed on an indefinite lockdown after inmates purportedly attacked three prison guards.  Declaration of Ashley Bauer

*Seals v. Mitchell, et al.*   C-04-3764 NJV
Joint Stipulation and [Proposed] Order Requesting an
Extension of Time for Rebuttal Expert Disclosure

in Support of Joint Stipulation ("Bauer Decl."), Ex. 1 (news article on the incident). During this lockdown, Plaintiff's counsel are unable to speak with Mr. Seals over the telephone. Bauer Decl. at ¶ 5. As a result, Plaintiff's counsel can only communicate via letter to Mr. Seals and must await his written responses. The pace of this communication has hindered Plaintiff's ability to meet the current rebuttal expert disclosure deadline.

Based on this Court's Order dated November 1, 2010 (Dkt. No. 144), the current rebuttal expert disclosure deadline is Wednesday, January 19, 2011. In light of the difficulties Plaintiff's counsel have had in communicating with their client, counsel for Plaintiff and Defendants agree and stipulate that good cause exists for a one week extension of the rebuttal expert deadline pursuant to Fed. R. Civ. P. 16(b). The parties therefore join in a request for this Court to extend the rebuttal expert deadline to January 26, 2011. The parties do not expect that the requested extension of time will impact other aspects of the Court's pre-trial scheduling order or the schedule going forward for trial.

Dated: January 18, 2011

LATHAM & WATKINS LLP
Alfred Pfeiffer
Ashley Bauer
Meghna Subramanian

By  s/Ashley Bauer
Ashley Bauer
Attorney for Plaintiff
Michael Izell Seals

Dated: January 18, 2011

JONES & DYER
Mark A. Jones
Kristen K. Preston

By  s/ Mark A. Jones
Mark. A. Jones
Attorney for Defendants
John Rynhart
Lyle Thomas

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

*Seals v. Mitchell, et al.*     C-04-3764 NJV
Joint Stipulation and [Proposed] Order Requesting an
Extension of Time for Rebuttal Expert Disclosure

## **ORDER**

The Court having considered the foregoing stipulation of the parties, and good cause appearing, the Court herby orders that the deadline for the disclosure of rebuttal experts shall be Wednesday, January 26, 2011. No other dates in the parties' case management schedule shall be changed as a result of this Order.

IT IS SO ORDERED.

Dated: _1/20/11_____

_____
HON. NANDOR J. VADAS
United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

*Seals v. Mitchell, et al.*   C-04-3764 NJV
Joint Stipulation and [Proposed] Order Requesting an
Extension of Time for Rebuttal Expert Disclosure