UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>      Plaintiff,<br><br>  v.<br><br>OFFICER RODNEY K. MITCHELL, ET AL.,<br><br>      Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>SCHEDULING ORDER RE:  FINAL PRETRIAL CONFERENCE AND TRIAL |

Having considered the arguments of the parties and letter briefs submitted, in the interests of efficiency and judicial economy, the trial in this action will be held in the Eureka Division court house in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, California beginning on **Tuesday, May 10, 2011** for no more than four (4) days.  *See* Doc. Nos. 128, 169 & 170.  In consideration of the costs and travel time incurred by Plaintiff's pro bono counsel, the final pretrial conference will be held in the San Francisco Division court house.  The Court commends counsel for the parties for their professional and courteous handling of this issue.

The final pretrial conference set for March 15, 2011, has been reset to **Friday, March 25, 2011** at **9:00 AM**, in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 25, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge