1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| MICHAEL IZELL SEALS, | CASE NO. C-04-3764 NJV |
|---|---|
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER** |
| v. | |
| OFFICER RODNEY K. MITCHELL, et al., | |
| Defendants. | |

    Plaintiff Michael Izell Seals ("Mr. Seals") (date of birth: April 23, 1960; CDCR# V77488) is an inmate at Pelican Bay State Prison in Crescent City, California, and the plaintiff in the above-captioned action, which is set for trial beginning on May 10, 2011 and continuing through approximately May 13, 2011. Mr. Seals is a necessary and material witness in this action. In order to secure Mr. Seals's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce Mr. Seals in court, Courtroom 205A, 2nd Floor of the United States Courthouse, 514 H Street, Eureka, California, 95501, every day during trial commencing May 10, 2011 at 8:00 a.m. or as otherwise ordered by the Court, and to transfer Mr. Seals back to Pelican Bay State Prison as soon as the trial is completed.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court, commanding the California Department of Corrections and Rehabilitation ("CDCR") to produce the inmate named above to appear in United State Court at the time and place stated above, and from day to day until completion of the court proceedings or as ordered by the Court; and thereafter return the inmate to the above institution;

2. The CDCR shall make the inmate named above available to Plaintiff's counsel in accordance with normal visitation procedures so they may prepare the inmate for trial; and

3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Pelican Bay State Prison:**

**WE COMMAND** you to produce the inmate named above to appear in the United States District Court at the time and place above, and from day to day until completion of the proceedings as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

Dated:  April 4, 2011



_____
NANDOR J. VADAS
MAGISTRATE JUDGE