LATHAM & WATKINS LLP
  Alfred Pfeiffer (Bar No. 120965)
    al.pfeiffer@lw.com
  Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
  Rahul Kolhatkar (Bar No. 261781)
    rahul.kolhatkar@lw.com
  Christopher J. Carlberg (Bar No. 269242)
    christopher.carlberg@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Plaintiff
Michael Izell Seals

JONES & DYER
A Professional Corporation
  Mark A. Jones (Bar No. 96494)
    mjones@jonesdyer.com
  Kristen K. Preston (Bar No. 125455)
    kpreston@jonesdyer.com
1800 J Street
Sacramento, California 95814
Telephone: (916) 552-5959
Facsimile: (916) 442-5959

Attorneys for Defendants
John Rynhart
Lyle Thomas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| Michael Izell Seals,<br><br>        Plaintiff,<br><br>   v.<br><br>Officer Rodney K. Mitchell, et al.<br><br>        Defendants. | CASE NO. C-04-3764 NJV<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ADOPTING AN ABBREVIATED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER REGARDING THE REASONABLENESS OF EXPERT FEES** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C-04-3764 NJV
STIPULATION AND [PROPOSED] ORDER
ADOPTING ABBREVIATED BRIEFING SCHEDULE

1   Plaintiff Michael Izell Seals and Defendants John Rynhart and Lyle Thomas submit this
2   Joint Stipulation and [Proposed] Order Adopting an Abbreviated Briefing Schedule on Plaintiff's
3   Motion for a Protective Order Regarding the Reasonableness of Expert Fees.
4   Plaintiff disputes the reasonableness of the fee charged by Defendants' medical expert,
5   Dr. Peter N. Sfakinaos, for deposition time under Fed. R. Civ. P. 26(b)(4)(E).  Defendants have
6   declined to reduce Dr. Sfakianos's deposition fee.  The parties have met and conferred on the
7   issue and exchanged correspondence outlining their positions.  The parties do not believe the
8   dispute is complex and have narrowed the issues for the Court's consideration through the meet
9   and confer process.  The parties believe the most expeditious and cost-effective method for
10  submitting their dispute to the Court would be to submit letter briefs on the issue and allow the
11  Court to rule on the reasonableness of Dr. Sfakianos's fee.  The parties therefore jointly request
12  the Court adopt the Order outlined below which would allow the parties to submit (1) letter
13  briefs not to exceed four pages outlining their positions regarding the reasonableness of
14  Dr. Sfakianos's deposition fee and (2) declarations appending Dr. Sfakianos's fee schedule, the
15  parties' correspondence on the issue, portions of Dr. Sfakianos's deposition transcript, or any
16  other material relevant to the Court's analysis.  The parties would submit the matter to the
17  Court's consideration without a hearing.

19  Dated:  April 4, 2011                    LATHAM & WATKINS LLP
                                              Alfred Pfeiffer
20                                            Ashley M. Bauer
                                              Rahul Kolhatkar
21                                            Christopher J. Carlberg

23                                            By /s/Rahul Kolhatkar
                                              Rahul Kolhatkar
24                                            Attorney for Plaintiff
                                              Michael Izell Seals

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C-04-3764 NJV
STIPULATION AND [PROPOSED] ORDER
ADOPTING ABBREVIATED BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Dated:  April 4, 2011 | JONES & DYER |
| 2 | | Mark A. Jones |
| | | Kristen K. Preston |
| 3 | | |
| 4 | | By /s/Mark A. Jones |
| 5 | | Mark A. Jones |
| | | Attorney for Defendants |
| 6 | | John Rynhart |
| | | Lyle Thomas |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case Number: C-04-3764 NJV
STIPULATION AND [PROPOSED] ORDER
ADOPTING ABBREVIATED BRIEFING SCHEDULE

## ORDER

The Court having considered the foregoing stipulation of the parties, and good cause appearing, therefore the Court hereby ORDERS as follows:

1. No later than five (5) days from the date of this Order, the parties shall submit letter briefs not to exceed four (4) pages outlining their positions regarding the reasonableness of Dr. Sfakianos's deposition fee.

2. The parties may also submit declarations in support of their letter briefs.

The dispute as to the reasonableness of Dr. Sfakianos's fee will be submitted for the Court's consideration without a hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _April 12, 2011_

_____
HON. NANDOR J. VADAS
United States Magistrate Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case Number: C-04-3764 NJV
STIPULATION AND [PROPOSED] ORDER
ADOPTING ABBREVIATED BRIEFING SCHEDULE