NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS, | No. CV 04-3764 NJV |
| Plaintiff, | |
| v. | ORDER RE: USE OF TECHNOLOGY DURING TRIAL |
| OFFICER RODNEY K. MITCHELL, ET AL., | |
| Defendants. | |

In response to questions posed by counsel regarding the use of technology during the upcoming trial:

1) Counsel may bring and use a projector and screen during trial for displaying exhibits. Plaintiff's counsel has offered to share their equipment with defense counsel.

2) After granted leave by the Court for impeachment purposes, counsel may read into the record portions of deposition transcripts, but may not play the video or audio recording of the deposition.

**IT IS SO ORDERED.**

Dated: April 29, 2011

NANDOR J. VADAS
United States Magistrate Judge