UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER RODNEY K. MITCHELL, ET AL.,<br><br>    Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS AND LUNCH DURING DELIBERATION** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter commencing on Tuesday, May 10, 2011 and during the deliberation, lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

**IT IS SO ORDERED.**

Dated: May 9, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge