**United States District Court**

For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5   MICHAEL IZELL SEALS,                          No. CV 04-3764 NJV

6            Plaintiff,
                                            **ORDER TO PRO TEM REPORTER TO**
7   v.                                      **PRODUCE TRANSCRIPT**

8   OFFICER RODNEY K. MITCHELL, ET AL.,

9            Defendants.
                                        /
10

11      On <u>May 10, 2011 through May 13, 2011</u> trial was held in the above-entitled action.

12   Production of a transcript of that trial for the court is necessary for the resolution of post-trial

13   motions that have been filed.

14      Accordingly, a pro tem court reporter Sheryl Brown is directed to prepare the transcript

15   of this proceeding on the following basis:

16      (**X**)  Ordinary (within 30 days @ $3.65 per page).

17      ( )  14-Day (within 14 days @ $4.25 per page).

18      ( )  Expedited (within 7 days @ $4.85 per page).

19      ( )  Daily (overnight @ $6.05 per page).

20      Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at

21   the rate indicated above, and in accordance with the requirements of the Judicial Conference of

22   the United States, as set forth in the Guide to Judiciary Policies and Procedures.

23      **IT IS SO ORDERED.**

24
    Dated:  July 22, 2011
25                                          _____
                                            NANDOR J. VADAS
26                                          United States Magistrate Judge

27
    cc:  Court Reporter Supervisor and Pro Tem Reporter
28