UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS, | No. CV 04-3764 NJV |
| Plaintiff, | **ORDER REGARDING TRANSCRIPT COSTS** |
| v. | |
| OFFICER RODNEY K. MITCHELL, ET AL., | |
| Defendants. | |

Plaintiff Michael Izell Seals' application for leave to proceed *in forma pauperis* on appeal was granted on July 25, 2011. Doc. No. 284. "Fees for transcripts furnished in [civil] proceedings to persons permitted to appeal in forma pauperis shall [] be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f). The July 25, 2011 order contained no such certification. Since Section 753(f) requires certification, which the order did not contain, Plaintiff is not entitled to a waiver of the cost of transcripts.

**IT IS SO ORDERED.**

Dated: September 1, 2011

NANDOR J. VADAS
United States Magistrate Judge