1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

       Plaintiff,

v.

OFFICER RODNEY K. MITCHELL, et al.,

       Defendants.

_____/

No. CV 04-3764 NJV

**ORDER**

      By order dated September 8, 2011, the Court denied Plaintiff's motion for new trial. Doc. No. 293. The Court also ordered Plaintiff not to file any additional documents without leave of Court. *Id.* at 10 ("Since trial, Plaintiff has filed numerous documents including duplicative motions, letters, supplemental briefs without leave of Court, and other documents, often at a rate of multiple filings per week. For docket management purposes, Plaintiff may not file any further documents without written leave of Court"). This pre-filing order requirement does not deny Plaintiff the opportunity to lodge documents with the Clerk of the Court. However, before the documents may be officially filed by the Clerk of the Court, the Court must issue an order granting leave for them to be filed.

      Plaintiff having been ordered not to file further submissions in this matter, the Clerk of the Court is ordered to **disregard** any future filings in this case.

**IT IS SO ORDERED.**

Dated:  September 12, 2011

NANDOR J. VADAS
U.S. MAGISTRATE JUDGE

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                              EUREKA DIVISION

7
MICHAEL IZELL SEALS,
8                                              No. CV 04-3764 NJV
              Plaintiff,
9                                              **CERTIFICATE OF SERVICE**

10     v.

11  RODNEY K. MITCHELL, et al.,

12
              Defendants.
13  _____/

14          I, the undersigned, hereby certify that on September 12, 2011, I SERVED a true and

15  correct copy of the Court's September 12, 2011 Order (Doc. No. 295), by placing said copy in a

16  postage paid envelope addressed to the person listed below, by depositing said envelope in the

17  U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of

18  the Clerk.

19
Michael Izell Seals
20  V-77488
Pelican Bay State Prison
21  A-1-126
P.O. Box 7500
22  Crescent City, CA 95532

23                                  _____/s/ France Jaffe_____

24                                  By France Jaffe
Law Clerk to the Honorable
25                                  U.S. Magistrate Judge Nandor J. Vadas

26

27

28

**United States District Court**
For the Northern District of California