NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER RODNEY K. MITCHELL, ET AL.,<br><br>    Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>ORDER RE MOTION FOR LEAVE TO FILE OBJECTIONS TO ORDER REGARDING TRANSCRIPT COSTS |

The Court has received from Plaintiff a document dated September 13, 2011, entitled, "Notice and Motion of Plaintiff Request for Leave to File his Objections to Order Regarding Transcript Costs." In this document, Plaintiff speculates that the Court did not consider the documents provided by Plaintiff in support of his motion for a new trial, which was denied by this Court on September 8, 2011. (Docket No. 293.) Based on this speculation, Plaintiff seeks permission from the Court to file a motion to correct "all the previous filings." Plaintiff's speculation is baseless. All materials provided by Plaintiff in support of his motion for a new trial were considered by the Court. Thus, there is no need to correct previous filings and no basis for the motion Plaintiff seeks to bring.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1) the Clerk of the Court is directed to file Plaintiff's motion dated September 13, 2011; and

2) Plaintiff's motion requesting leave to file a motion to correct all previous filings is DENIED.

Dated: October 11, 2011

                                                    Nandor J. Vadas<br>                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

    Plaintiff,

v.

OFFICER RODNEY K. MITCHELL, ET AL.,

    Defendants.
    _____/

No. CV 04-3764 NJV

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 11, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Izell Seals
V-77488
Pelican Bay State Prison
A-1-126
P.O. Box 7500
Crescent City, CA 95532

Dated: October 11, 2011

                /s/ *Linn Van Meter*
                Linn Van Meter
                Administrative Law Clerk to the
                Honorable Nandor J. Vadas