NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICER RODNEY K. MITCHELL, ET AL.,<br><br>          Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>ORDER DIRECTING FILING OF PLAINTIFF'S AMENDED NOTICE OF APPEAL AND MOTION FOR RECONSIDERATION |

The Ninth Circuit ordered plaintiff Michael Seals to file an amended notice of appeal within thirty days from entry of this Court's ruling on his motion for new trial if he wished to challenge that ruling. *See* Doc. No. 279. The Court denied Plaintiff's motion for new trial on September 8, 2011. Doc. No. 293. This Court received Plaintiff's Amended Notice of Appeal and Motion for Reconsideration on September 30, 2011. The Motion for Reconsideration requests intervention from the Ninth Circuit and does not seek any relief from this Court.

Based on the foregoing, the Clerk of the Court is directed to file Plaintiff's Amended Notice of Appeal and Motion for Reconsideration dated September 14, 2011 and received September 30, 2011.

Dated:   October 14, 2011

_____
Nandor J. Vadas
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

    Plaintiff,

v.

OFFICER RODNEY K. MITCHELL, ET AL.,

    Defendants.

No. CV 04-3764 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 14, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Izell Seals
V-77488
Pelican Bay State Prison
A-1-126
P.O. Box 7500
Crescent City, CA 95532

Dated: October 14, 2011

        /s/ *France Jaffe*
        France Jaffe
        Law Clerk to the Hon. Nandor J. Vadas