IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER RODNEY K. MITCHELL, et al.,<br><br>    Defendants.<br>_____/ | No. CV 04-3764 NJV<br><br>**ORDER RE REQUEST TO FILE OBJECTIONS**<br>(Doc. 298.) |

On October 11, 2011, Plaintiff filed a request for leave to file objections to this Court's order regarding transcript costs. The Court finds Plaintiff's request to be meritless. Accordingly, it is HEREBY DENIED.

IT IS SO ORDERED.

DATED: July 11, 2012

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL IZELL SEALS,

        Plaintiff,

v.

RODNEY K. MITCHELL, et al.,

        Defendants.
_____/

No. CV 04-3764 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 11, 2012, I SERVED a true and correct copy of the Court's July 11, 2012 order (Doc. No. 304), by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Michael Izell Seals
V-77488
Pelican Bay State Prison
A-1-126
P.O. Box 7500
Crescent City, CA 95532

_____/S/_____

Linn Van Meter
Law Clerk to the Honorable
U.S. Magistrate Judge Nandor J. Vadas